# United States District Court
## Southern District of Georgia

EDWIN D. STEPHENS,

  Plaintiff,

    JUDGMENT IN A CIVIL CASE

  v.

    CASE NUMBER: CV 118-107

BLUE BELLS CREAMERIES,

  Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated August 7, 2018 adopting the Report and Recommendation as the opinion of the Court, that Plaintiff's Motion to Appoint Counsel is denied as moot, and this action is dismissed without prejudice. This case stands closed.

08/07/2018      Scott L. Poff
*Date*      *Clerk*

     /s/ Jamie Hodge
     *(By) Deputy Clerk*